UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO ANTHONY,

        Plaintiff,                              Case No. 4:03-cv-129

v.                                            Hon. Richard Alan Enslen

TROY HUIZING, et al.,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 25, 2005, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant Richard Johnson's Motion to Adopt and Incorporate by Reference the Dismissal/Summary Judgment Motion and Supporting Brief File by his Co-Defendants (Dkt. No. 108) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Adopt and Incorporate by Reference Plaintiff's Affidavit in Opposition, Brief in Support, [and] Chart of Asserted Claims to Defendant Johnson's Response to Plaintiff's Complaint (Dkt. No. 112) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Court's Assistance in Locating/Serving Unserved Defendant Larry Jackson (Dkt. No. 110) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:  /s/Richard Alan Enslen
August 16, 2005  Richard Alan Enslen
  United States District Judge